#### 14226. ROSIER v. THE STATE.

BLOODWORTH, J. 1. There is no merit in any of the special grounds of the motion for a new trial.

(a) The conviction of the defendant not depending entirely upon circumstantial evidence, the court did not err, in the absence of a timely and appropriate written request, in failing to instruct the jury upon the law of circumstantial evidence.

2. The evidence authorized the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED APRIL 11, 1923.

Accusation of possessing liquor, etc.; from city court of Richmond County — Judge Black. December 13, 1922.

*B. B. McCowen,* for plaintiff in error.

*W. Inman Curry, solicitor,* contra.

---

#### 14232, 14233. BATES v. WOOD.

BROYLES, C. J. In each of these cases the verdict was authorized by the evidence, and none of the alleged errors, either of commission or of omission, in the charge of the court, when considered in the light of the charge as a whole and the facts of the case, requires another trial of the issues involved. The remaining grounds of the amendment to the motion for a new trial are not insisted upon in the brief of counsel for the plaintiff in error, and are treated as abandoned.

*Judgments affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED APRIL 11, 1923.

Actions for damages; from Fulton superior court — Judge Bell. December 9, 1922.

*Paul S. Etheridge, J. K. Jordan,* for plaintiff in error.

*Branch & Howard,* contra.